20891. FARLEY *v.* THE STATE.

BLOODWORTH, J. There is nothing in any of the special grounds of the motion for a new trial that requires another trial of the case; the evidence is sufficient to support the verdict, which is approved by the judge who presided, and no error was committed when the motion for a new trial was overruled.

*Judgment affirmed.* *Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1930.

*W. T. Davidson,* for plaintiff in error.
*Joseph B. Duke, solicitor-general, Miles W. Lewis,* contra.

20892. LITTLE *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds; the evidence authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed.* *Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1930.

*W. T. Davidson,* for plaintiff in error.
*Joseph B. Duke, solicitor-general, Miles W. Lewis, solicitor-general,* contra.